ACCEPTED
03-15-00121-CV
4399793
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 12:53:57 PM
JEFFREY D. KYLE
CLERK

**DAVID A. ESCAMILLA**
COUNTY ATTORNEY

STEPHEN H. CAPELLE
FIRST ASSISTANT

JAMES W. COLLINS
EXECUTIVE ASSISTANT

314 W. 11ᵀᴴ ST., SUITE 500
AUSTIN, TEXAS 78701

P. O. BOX 1748
AUSTIN, TEXAS 78767

(512) 854-9513
FAX: (512) 854-4808



**ENFORCEMENT DIVISION**

SHARON TALLEY, DIRECTOR

TIM LABADIE

GARY D. MARTIN

NEAL LUCERA

ANNALYNN COX

RYAN FITE

INGRID ELLERBEE

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 12:53:57 PM
JEFFREY D. KYLE
Clerk

March 6, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P. O. Box 12547
Austin, Texas 78711

RE:     No. 03-15-00121-CV; *Tom Benson v. The State of Texas*

Dear Mr. Kyle:

I will be the lead counsel for the State of Texas in the above-referenced appeal. My mailing address is:

Travis County Attorney's Office
P. O. Box 1748
Austin, Texas 78767

My e-mail address is tim.labadie@traviscountytx.gov and my State Bar No. is 11784853.

Please take notice that the State of Texas does not oppose Mr. Benson's Motion to Determine Proper Designation of Case and Appropriate Appellate Filing Fee, which was filed on March 6, 2015.

Thank you for your assistance in this matter.

Sincerely,

*/s/ Tim Labadie*
Tim Labadie
Assistant Travis County Attorney

c:     Mr. Tom Benson  (via e.mail: tomrbenson@gmail.com)

326007